UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Timothy A. Barnes | Hearing Date | March 16, 2015 |
| Bankruptcy Case | 09 B 49467 | Adversary No. | |
| Title of Case | Monette E. Saccameno | | |

**Brief Statement of Motion:** Ocwen Loan Servicing, LLC's Unopposed Motion To Amend Briefing Schedule On Motion For Sanctions

**Names and Addresses of moving counsel:**

**Representing:**

ORDER

It Is Hereby Ordered that:

The Scheduling Order entered February 9, 2015 (docket entry # 60) is hereby suspended until further order of this court.

Status is continued to April 20, 2015 at 10:00 a.m. in courtroom 613.