# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Timothy A. Barnes | Hearing Date | July 13, 2015 |
| Bankruptcy Case No. | 09 B 49467 | Adversary No. | |
| Title of Case | Monette E. Saccameno | | |

**Brief Statement of Motion**: Ocwen Loan Servicing, LLC and U.S. Bank National Association's Unopposed Motion To Amend Briefing Schedule On Motion For Sanctions

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

**IT IS HEREBY ORDERED** that October 13, 2015 is the discovery cut-off date.

Status is continued to October 22, 2015 at 10:00 a.m. in courtroom 613.

*[signed] AM*