UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Timothy A. Barnes | Hearing Date | July 13, 2015 |
| Bankruptcy Case No. | 09 B 49467 | Adversary No. | |
| Title of Case | Monette E. Saccameno | | |

**Brief Statement of Motion**: Debtor's Motion Pursuant To 11 U.S.C. §524 For Violations Of The Discharge Injunction And FED. R. BANKR. P. 9020 Seeking Sanctions For Civil Contempt Against U.S. Bank National Association, As Trustee For The C-Bass Mortgage Loan Asset-Based Certificates, Series 2007 RP1 And Ocwen Loan Servicing, LLC

**Names and Addresses of moving counsel**:

**Representing**:

# ORDER

**IT IS HEREBY ORDERED** that October 13, 2015 is the discovery cut-off date.

Status is continued to October 22, 2015 at 10:00 a.m. in courtroom 613.

*[signed]* AM