UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-49467 |
| MONETTE E. SACCAMENO | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

### ORDER EXTENDING DISCOVERY DEADLINE

This matter having come to court on the Joint Motion for Extension of Discovery, due notice having been given and the Court being fully advised,

It Is Hereby Ordered:

The discovery deadline is extended to and including January 11, 2016.

Status is set for January 14, 2016 at 10:00 a.m.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 15, 2015

**Prepared by:**

Aaron Davis (6292665)
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois  60601
Telephone:   (312) 602-5000
Facsimile:   (312) 602-5050
aaron.davis@bryancave.com