## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-49467 |
| Monette E. Saccameno, ) | Chapter 13 |
| ) | |
| Debtor, ) | Hon. Timothy A. Barnes |
| ) | |

### AGREED ORDER

This matter comes to the court on Debtor's Motion Pursuant to Federal Rules of Bankruptcy Procedure 7037 to Compel Discovery and for Sanctions for Failure to Respond to Discovery (the "Motion") filed by Monette E. Saccameno ("Debtor") against Ocwen Loan Servicing, LLC ("Ocwen") and US Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RP1 ("US Bank" and, collectively with Ocwen, the "Respondents")/ The Court has been advised of an agreement resolving the Motion, and :

**IT IS HERBY ORDERED:**

1. The parties will respond to and exchange all outstanding written discovery on or before December 18, 2015.

2. The parties will make any objections to written discovery specific to the question being asked rather than general objections.

3. Respondents shall further identify its 30(b)(6) witness on or before December 18, 2015, and that the parties depositions shall occur prior to January 13, 2016..

Dated: -3 DEC 2015

ENTER: _____
HONORABLE TIMOTHY A. BARNES
UNITED STATES BANKRUPTCY COURT JUDGE

**Agreed to by:**

OCWEN LOAN SERVICING, LLC and
U.S. BANK N.A. AS TRUSTEE

By: /s/ Aaron Davis
     One of its Attorneys

Jena Valdetero (6290948)
Robert W. Brunner (6203884)
Aaron Davis (6292665)
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050
jena.valdetero@bryancave.com
brunnerr@bryancave.com
aaron.davis@bryancave.com

MONETTE E. SACCAMENO

By: /s/ Paul M. Bach
     One of her Attorneys

Paul M. Bach, Esq. (6209530)
SULAIMAN LAW GROUP, LTD.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Telephone    (630)575-8181
Paul.bach@sulaimanlaw.com