**United States Bankruptcy Court**
NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604


**Jeffrey P. Allsteadt**, Bankruptcy Clerk

|  | Date |
| --- | --- |
| Thomas G. Bruton, Clerk | |
| United States District Court | |
| Northern District of Illinois | Case Number |
| 219 S Dearborn Street | |
| Chicago, IL 60604 | Case Name |
| | Bankruptcy Judge |
| | District Court Number |
| | District Court Judge |

To Whom It May Concern:

Pursuant to Rule 5011 of the Federal Rules of Bankruptcy Procedure, transmitted herewith is the Motion for Withdrawal of Reference.


Filed By: _____


Previous District Court Judge (when applicable): _____

Previous Civil Case Number (when applicable): _____



JEFFREY P. ALLSTEADT, CLERK



By:
    Deputy Clerk - _____


cc:    Bankruptcy Judge & Party Who Filed Motion for Withdrawal of Reference

Revised 01/2012lh